THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest
 of Edward Harold J., a Minor under the Age of Seventeen, Appellant.
 
 
 

Appeal From Lexington County
  Richard W. Chewning, III, Family Court
Judge

Unpublished Opinion No. 2008-UP-344
 Submitted July 1, 2008  Filed July 9,
2008    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Edward Harold J. pleaded guilty to one count of
 second-degree burglary and one count of grand larceny.  He appeals, arguing his
 guilty plea failed to comply with the mandates set forth in In re Gault,
 387 U.S. 1 (1967).  Specifically, he maintains the circuit court erred by failing
 to advise him of his right to cross-examine the States witnesses.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Edward Harold J.s appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.